# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-2243

_____

Joseph L. Stephens,

          Appellant,

    v.

Sue Newberry, Arkansas Supreme
Court; Othello Cross, McKissick-
Kearney Law Firm; Berlin Jones,
Circuit Court Judge; Captain Baker,
Jefferson County Jail; Larry Norris,
Director, Arkansas Department of
Correction; Ray Hobbs, Assistant
Director, Arkansas Department of
Correction; Greg Harmon, Assistant
Warden, Jefferson County Jail; Lt.
Ed Adams, Arkansas Department of
Correction; Winston Bryant, Attorney
General,

          Appellees.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Appeal from the United States
District Court for the
Eastern District of Arkansas.

[UNPUBLISHED]

_____

Submitted: August 6, 1998
Filed: August 18, 1998

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Joseph L. Stephens appeals the district court's[1] order dismissing without prejudice his civil rights complaint after Stephens failed to comply with multiple court orders directing him to file an amended complaint clarifying his claims against certain defendants, and warning him that he risked dismissal if he failed to comply. Having carefully reviewed the record and Stephens's brief, we conclude that the district court did not abuse its discretion, see Edgington v. Missouri Dep't of Corrections, 52 F.3d 777, 779 (8th Cir. 1995) (standard of review), and that Stephens's arguments on appeal lack merit. Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Garnett Thomas Eisele, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerry Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.